BRANDON P. SMITH, ESQ.
Nevada Bar No. 10443
PHILLIPS, SPALLAS & ANGSTADT LLC
504 S. Ninth St.
Las Vegas, NV 89101
(702) 938-1510

*Attorneys for Defendants*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT
DISTRCT OF NEVADA

| | |
|---|---|
| SANDRA HERRMAN,<br><br>            Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.; DOES I through V and ROE CORPORATIONS VI through X, inclusive,<br><br>            Defendants. | Case No.: 2:09-cv-01027-KJD (PAL)<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear his

//
//
//
//
//

1 | or her own costs and attorney's fees.

2 | DATED this <u>10th</u> day of January, 2012.                    DATED this <u>10th</u> day of January, 2012.

**NETTLES LAW FIRM**                                   **PHILLIPS, SPALLAS & ANGSTADT**

/s/ Eric Marshall                                      /s/ Brandon Smith
―――――――――――――――                                        ―――――――――――――――
Eric L. Marshall, Esq.                                 Brandon P. Smith, Esq.
1389 Galleria Drive, Suite 110                         504 South Ninth Street
Henderson, Nevada 89014                                Las Vegas, Nevada 89101
*Attorneys for Plaintiff*                              *Attorneys for Defendant*
*Amanda Woods*                                         *Wal-Mart Stores, Inc*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice each party to bear their own costs and attorney's fees.

DATED this ___13___ day of January, 2012.

_____
DISTRICT COURT JUDGE

Respectfully submitted by:

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

/s/ Brandon Smith
―――――――――――――――
BRANDON P. SMITH, ESQ.
Nevada Bar No. 10443
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE